**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| AQUA NORTH CAROLINA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **Civil Case No.: 7:23-cv-00016-M** |
| CORTEVA, INC., E.I. DUPONT DE | ) | |
| NEMOURS AND COMPANY, INC., THE | ) | |
| CHEMOURS COMPANY, AND THE | ) | |
| CHEMOURS COMPANY FC LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST AMENDED SCHEDULING ORDER

On Joint Motion for First Amended Scheduling Order of the Parties [D.E. 57] and for good

cause shown, the Court hereby GRANTS the Joint Motion and issues the following First Amended

Scheduling Order:

| Task | Deadline |
|---|---|
| Fact Discovery Cutoff | September 20, 2024 |
| Plaintiffs' Expert Reports | October 21, 2024 |
| Defendants' Expert Reports | November 21, 2024 |
| Plaintiffs' Rebuttal Expert Reports | December 23, 2024 |
| Expert Discovery Cutoff | January 24, 2025 |
| Dispositive Motions | March 14, 2025 |
| Oppositions to Dispositive Motions | April 14, 2025 |
| Replies to Dispositive Motions | April 28, 2025 |
| Mediation Deadline | May 16, 2025 |

SO ORDERED. This the **2 5** day of March, 2024.

JAMES C. DEVER III
United States District Judge