IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| AQUA NORTH CAROLINA, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Civil Case No.: 7:23-cv-00016-D |
| CORTEVA, INC., E.I. DUPONT DE NEMOURS AND COMPANY, INC., THE CHEMOURS COMPANY, AND THE CHEMOURS COMPANY FC LLC, | ) |
| Defendants. | ) |

## FOURTH AMENDED SCHEDULING ORDER

On Joint Motion for Fourth Amended Scheduling Order of the Parties [D.E. 77] and for good cause shown, the Court hereby GRANTS the Joint Motion and issues the following Fourth Amended Scheduling Order:

| Task | Deadline |
| --- | --- |
| Fact Discovery Cutoff | October 8, 2025 |
| Plaintiff's Expert Reports | November 10, 2025 |
| Defendants' Expert Reports | December 10, 2025 |
| Plaintiff's Rebuttal Expert Reports | January 12, 2026 |
| Expert Discovery Cutoff | February 17, 2026 |
| Dispositive Motions | April 6 2026 |
| Oppositions to Dispositive Motions | May 6, 2026 |
| Replies to Dispositive Motions | May 20, 2026 |
| Mediation Deadline | June 22 2026 |

SO ORDERED. This the 19 day of March, 2025.

JAMES C. DEVER III
United States District Judge